UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**DONALD B. BEATON and
SHERRY BEATON,**

    Defendants.

Case No. 19-cv-11504
Hon. Matthew F. Leitman

_____/

## JUDGMENT

Judgment shall be entered against the Defendants, jointly and severally, and in favor of the United States, for the unpaid federal income tax liabilities for the tax years 2004, 2005, 2007, 2012, 2013, 2014, 2015, 2016, and 2018, in the total amount of $2,668,795.53, plus statutory additions from and after August 24, 2020, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), until the judgment is satisfied.

        DAVID J. WEAVER
        CLERK OF COURT

By:   s/Holly A. Monda
       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  August 28, 2020
Flint, Michigan